IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DONALD BURRIS, JR.**,         )
                           )
        Plaintiff,        )
                           )
        v.                )     2:14cv1704
                           )     **Electronic Filing**
**BOROUGH OF HOMESTEAD**, a    )
Municipal Corporation; **CITY OF**    )
**PITTSBURGH**, a Municipal Corporation;  )
**CITY OF PITTSBURGH BUREAU**    )
**OF POLICE**, a governmental entity;    )
**BOROUGH OF HOMESTEAD**      )
**POLICE DEPARTMENT**, a governmental )
entity; **IAN STRANG**, individually and  )
in his official capacities as a Police Officer  )
of the Borough of Homestead; **JAMES**  )
**ILGENFRITZ**, individually and in his   )
official capacities as a Police Officer of the  )
Borough of Homestead; **LOUIS**      )
**SCHWEITZER**, individually and in his   )
official capacities as a Police Officer of the  )
City of Pittsburgh; **STEPHEN**      )
**MATAKOVICH**, individually and in his  )
official capacities as a Police Officer of the  )
City of Pittsburgh; **CALVIN KENNEDY**, )
individually and in his official capacities   )
as a Police Officer of the City of Pittsburgh; )
**THOMAS GORECKI,** individually    )
and in his official capacities as a Police   )
Officer of the City of Pittsburgh;      )
**IGOR BOYKO**, individually and in    )
his official capacity of a Police Officer   )
of the City of Pittsburgh,        )
**NATHAN HARPER**, in his official    )
capacity as Chief of Police of the City   )
of Pittsburgh, and **JEFFREY DeSIMONE**, )
in his official capacity of Chief of Police  )
of Borough of Homestead,       )
                           )
        Defendants.      )

**<u>ORDER OF COURT</u>**

AND NOW, this 10th day of May, 2018, in accordance with the discussions at the status conference with counsel held on 3/9/18, IT IS ORDERED that Section A of the Case Management Order dated May 18, 2015, is amended as follows:

1.   All fact and expert discovery shall be completed by **July 9, 2018**.

2.   Plaintiff's pretrial narrative statement shall be filed on or before **August 9, 2018**.

3.   Defendant's pretrial narrative statement shall be filed on or before **September 10, 2018**.

4.   Counsel shall confer, complete and file the pretrial stipulation on or before **September 11, 2018**.

5.   All dispositive motions shall be filed on or before **October 12, 2018**.

All other terms and conditions of the Case Management Order dated May 18, 2015, shall remain in full force and effect.

<u>s/David Stewart Cercone</u>
David Stewart Cercone
Senior United States District Judge

cc:   Monte J. Rabner, Esquire
Ashley Marie Cagle, Esquire
Mark R. Hamilton, Esquire
Jeffrey T. Criswell, Esquire
Matthew S. McHale, Esquire
Kezia O. L. Taylor, Esquire
Paul D. Krepps, Esquire

(*Via CM/ECF Electronic Mail*)

2