IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD BURRIS, JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:14cv1704 |
| | ) | **Electronic Filing** |
| **BOROUGH OF HOMESTEAD**, a | ) | |
| Municipal Corporation; **CITY OF** | ) | |
| **PITTSBURGH**, a Municipal Corporation; | ) | |
| **CITY OF PITTSBURGH BUREAU** | ) | |
| **OF POLICE**, a governmental entity; | ) | |
| **BOROUGH OF HOMESTEAD** | ) | |
| **POLICE DEPARTMENT**, a governmental | ) | |
| entity; **IAN STRANG**, individually and | ) | |
| in his official capacities as a Police Officer | ) | |
| of the Borough of Homestead; **JAMES** | ) | |
| **ILGENFRITZ**, individually and in his | ) | |
| official capacities as a Police Officer of the | ) | |
| Borough of Homestead; **LOUIS** | ) | |
| **SCHWEITZER**, individually and in his | ) | |
| official capacities as a Police Officer of the | ) | |
| City of Pittsburgh; **STEPHEN** | ) | |
| **MATAKOVICH**, individually and in his | ) | |
| official capacities as a Police Officer of the | ) | |
| City of Pittsburgh; **CALVIN KENNEDY**, | ) | |
| individually and in his official capacities | ) | |
| as a Police Officer of the City of Pittsburgh; | ) | |
| **THOMAS GORECKI,** individually | ) | |
| and in his official capacities as a Police | ) | |
| Officer of the City of Pittsburgh; | ) | |
| **IGOR BOYKO**, individually and in | ) | |
| his official capacity of a Police Officer | ) | |
| of the City of Pittsburgh, | ) | |
| **NATHAN HARPER**, in his official | ) | |
| capacity as Chief of Police of the City | ) | |
| of Pittsburgh, and **JEFFREY DeSIMONE**, | ) | |
| in his official capacity of Chief of Police | ) | |
| of Borough of Homestead, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER OF COURT**

AND NOW, this 10th day of May, 2018, in accordance with the discussions with counsel at the status conference held on 3/9/18, IT IS ORDERED that a status conference with counsel is scheduled for **Thursday July 12, 2018, at 4:00 PM** in Courtroom No. 7A, Seventh Floor, 700 Grant Street, Joseph F. Weis, Jr., United States Courthouse, Pittsburgh, PA, 15219.


                                        s/David Stewart Cercone
                                        David Stewart Cercone
                                        Senior United States District Judge


cc:     Monte J. Rabner, Esquire
        Ashley Marie Cagle, Esquire
        Mark R. Hamilton, Esquire
        Jeffrey T. Criswell, Esquire
        Matthew S. McHale, Esquire
        Kezia O. L. Taylor, Esquire
        Paul D. Krepps, Esquire

        (*Via CM/ECF Electronic Mail*)